IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

REMONA L CLOUGH                                                                               PLAINTIFF

1:16-cv-00025-JTK

CAROLYN W COLVIN, *Commissioner*,                                             DEFENDANT
Social Security Administration

## JUDGMENT

Plaintiff's complaint is dismissed without prejudice.

So adjudged this 19th day of April, 2016.

_____
United States Magistrate Judge